UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NEXT IT CORPORATION, a Washington Corporation, | NO. CV-05-380-LRS |
| Plaintiff, | |
| v. | **ORDER DENYING DEFENDANT'S MOTION FOR A PROTECTIVE ORDER; GRANTING PLAINTIFF'S MOTION TO COMPEL; AND GRANTING IN PART DEFENDANT'S MOTION TO COMPEL** |
| SHANTANU ROY and JENNIFER ROY, husband and wife; JOSH KNOWLES, a single person, and NDALL SOLUTIONS, LLC, an Idaho corporation, | |
| Defendants. | |

On March 31, 2006, the Court conducted a hearing in the above referenced matter concerning Defendant's Motion for a Protective Order (Ct. Rec. 57),Plaintiff's Motion to Compel (Ct. Rec. 70), and Defendant's Motion to Compel (Ct. Rec. 79). Participating were Todd Reuter on behalf of Plaintiff Next IT Corporation, and John Guin on behalf of Defendant Roy/NDall Solutions.

The following order is intended to memorialize the decisions made by the Court on that date.

ORDER ~ 1

**IT IS HEREBY ORDERED:**

1.   For the reasons stated on the record, Defendant's Motion for a Protective Order (Ct. Rec. 57) is **DENIED**. However, the Court reserves the right to revisit the motion as it relates to the trade secret issue if the case is not resolved by mediation.

2.   For the reasons stated on the record, Plaintiff's Motion to Compel (Ct. Rec. 70) is **GRANTED**. Defendant should provide the information that is responsive to the Requests for Production of Documents, including the material on the eight computer hard drives, by the close of business **Wednesday, April 5, 2006** as agreed during the hearing. The documents disclosed will be treated as confidential or for attorney eyes only.

3.   For the reasons stated on the record, Defendant's Motion to Compel (Ct. Rec. 79) is **GRANTED IN PART.** Plaintiff should respond/supplement its responses to Interrogatory No. 10, which asks to identify former employees who engaged in competition, to the extent possible. Moreover, Plaintiff should provide documents that are responsive to Request for Production No. 17, which requests a customer list, and Request for Production No. 22, which requests documents related to Huppin's Hi Fi. The responses should be provided by the close of business **Wednesday, April 5, 2006** as agreed during the hearing.

ORDER ~ 2

1    The parties are to be commended for their spirit of cooperation,

2   and encouraged to work together to resolve discovery issues.

3   **IT IS SO ORDERED.**

4    The District Court Executive is directed to file this Order and

5   provide copies to counsel.

6           **DATED** this 6th day of April, 2006.

7

               _____S/ Lonny Suko_____
8                  LONNY R. SUKO
            UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER ~ 3